# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WATERS CORPORATION AND WATERS TECHNOLOGIES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>AGILENT TECHNOLOGIES INC.,<br><br>Defendant. | Civil Action No. 18-1450-MN |

## [PROPOSED] ORDER

At Wilmington this _____ day of _____, 2019, the Court having considered the motion (D.I. ____) ("Motion") of plaintiffs Waters Corporation and Waters Technologies Corporation (collectively, "Waters") for leave to file a sur-reply in opposition to Defendant Agilent Technologies Inc.'s motion to dismiss under Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction, and the papers and argument submitted in support of and in opposition to the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED. Waters may file and serve the Sur-Reply attached as Exhibit A to its Motion.

_____
UNITED STATES DISTRICT JUDGE